IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       : 
:     CRIMINAL ACTION
v.                      :
:     NO. 20-274-1
JOHN ALLEN KANE             :

## ORDER

**AND NOW**, this 4th day of August 2021, upon consideration of Defendant John Allen

Kane's Motion to Suppress Physical Evidence (ECF No. 16) and all papers filed in support

thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that the

Motion is **DENIED**.

     **IT IS SO ORDERED.**

                               **BY THE COURT:**

                               **R. BARCLAY SURRICK, J.**